| | |
|---|---|
| DEFENDANT: | Mark Godding |
| AGE/YOB: | 66 / 1955 |
| COMPLAINT FILED? | _____ Yes \_\_\_x\_\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | \_\_\_ Yes  _x_  No |
| OFFENSE: | 21 U.S.C. §§ 331(a) and 333(a)(2), Introducing or Delivering for Introduction a Misbranded Drug in Interstate Commerce |
| LOCATION OF OFFENSE: | Larimer County, Colorado |
| PENALTY: | Imprisonment of NMT 3 years, a fine of NMT $250,000 or twice the gross gain or gross loss from the offense, whichever is greater, or both fine and imprisonment; $100 special assessment; and a term of supervised release NMT 1 year |
| AGENT: | FDA OCI Special Agent Daniel Allgeyer |
| AUTHORIZED BY: | Assistant U.S. Attorney Anna Edgar |

ESTIMATED TIME OF TRIAL:
 _x_  five days or less; \_\_\_ over five days

THE GOVERNMENT
will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.